NICHOLSON *v.* CASTLEBERRY.

ATKINSON, J. A judgment denying a new trial will not be disturbed where no error of law is complained of and there is evidence to support the verdict. *Judgment affirmed. All the Justices concur.*
JUNE 13, 1914.

Trover. Before Howell Hollis, judge pro hac vice. Marion superior court. May 29, 1913.

*S. T. Pinkston* and *W. D. Crawford,* for plaintiff in error.
*W. B. Short,* contra.